AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

United States of America
v.
Nicholas Languerand

Defendant

Case: 1:21-mj-00369
Assigned To : Meriweather, Robin M.
Assign. Date : 4/12/2021
Description: Complaint w/ Arrest Warrant

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Nicholas Languerand,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 111(a)(1) and (b) - Assaulting, Resisting, or Impeding an Officer Using a Dangerous Weapon;
18 U.S.C. § 231(a)(3) and §2 - Civil Disorders (Aiding and Abetting);
18 U.S.C. § 641 and §2 - Theft of Government Property (Aiding and Abetting);
18 U.S.C. §§ 1752(a)(1), (2) and (4) and b(1)(A) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority Using a Dangerous Weapon;
40 U.S.C. §§ 5104(e)(2)(D) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date:   04/12/2021

2021.04.12
17:29:24 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.        Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 4/12/2021, and the person was arrested on (date) 4/15/21
at (city and state) Little River, South Carolina

Date: 4/15/21

*Arresting officer's signature*

Michelyn Py 1/6 /FBI Task Force
*Printed name and title*