**United States District Court for the District of Columbia**

| | | |
|---|---|---|
| **United States of America** | * | |
| **v.** | * | **No. 1:21-CR-00353-JDB-1** |
| **Nicholas Languerand** | * | |

## Notice of Appearance

Please enter the appearance of William L. Welch, III as counsel for defendant Nicholas Languerand in this matter.

1.    I am admitted to practice in this Court.

2.    My appearance is pursuant to a Criminal Justice Act appointment.  18 U.S.C. § 3006A(b).

/s/ *William L. Welch,* III

_____
William L. Welch, III
D.C. Bar No. 447886
wlw@wwelchattorney.com
5305 Village Center Drive, Suite 142
Columbia, Maryland 21044
Telephone: (410) 615-7186
Facsimile: (410) 630-7760
Counsel for Nicholas Languerand
(Appointed by this Court)

## Certificate of Service

I hereby certify that on this 24th day of May 2020, a copy of the foregoing Notice of Appearance was delivered electronically to Mr. Robert Craig Juman (robert.juman@usdoj.gov), Office of the United States Attorney, 500 East Broward Boulevard, Fort Lauderdale, Florida 33132.

/s/ *William L. Welch,* III

_____

William L. Welch, III