UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | |
| **NICHOLAS LANGUERAND** | : | Criminal No. 1:21-CR-353-JDB |
| | : | |
| | : | |
| **Defendant.** | : | |

### UNITED STATES OF AMERICA'S MOTION TO FILE UNDER SEAL GOVERNMENT'S RESPONSE TO DEFENSE MOTION TO REVOKE DETENTION <u>ORDER</u>

The United States of America hereby moves this Court for an order granting the Government permission to file under seal its response and all associated exhibits to the Defense's Motion to Revoke Detention Order (ECF 18).

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:  /s/ *Robert Juman*
ROBERT JUMAN
Assistant United States Attorney
New Jersey Bar Number 032201993
United States Attorney's Office
Detailee – Federal Major Crimes
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: (786) 514-9990
Email: Robert.Juman@usdoj.gov

1

## CERTIFICATE OF SERVICE

On this 3rd day of August 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ *Robert Juman*
ROBERT JUMAN
Assistant United States Attorney
New Jersey Bar Number 032201993
United States Attorney's Office
Detailee – Federal Major Crimes
555 Fourth Street, N.W.
Washington, D.C.  20530
Telephone: (786) 514-9990
Email: Robert.Juman@usdoj.gov