# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **NICHOLAS LANGUERAND** | **:** | **Criminal No. 21-CR-353-JDB** |
| | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## NOTICE OF FILING OF ITEMS INCOMPATIBLE WITH CM/ECF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and in accordance with Local Rule 49(e)(1), hereby files this notice of filing of the following exhibits which are incompatible with CM/ECF filing.   The items are ten digital videos that are exhibits 1 through 10 to the Government's Sentencing Memorandum.   The Government has no objection to the public release of these exhibits.

| Exhibit | Content | Length | Date/Time | Source |
|---|---|---|---|---|
| 1 | Excerpt of Instagram video posted by Defendant | 5:12 | 1/7/21 at approx. 11:21 p.m. | Instagram Search Warrant results produced in Discovery |
| 2 | Excerpt of video: 1610.mov | :08 | 1/6/21 at approx. 4:53 p.m. | Produced in Discovery |
| 3 | Excerpt of Capitol CCTV | 11:00 | 1/6/21 approx. 4:53 p.m. to 5:04 p.m. | Capitol Security Video |
| 4 | Excerpt of video: US Capitol Building 7 | :10 | 1/6/21 at approx.. 4:56 p.m. | Produced in Discovery |
| 5 | Excerpt of Body-Worn Camera Footage, Officer French | :05 | 1/6/21 at approx. 4:56 p.m. | Produced in Discovery |
| 6 | Excerpt of Body-Worn Camera Footage, Officer Park | :09 | 1/6/21 at approx. 4:58 p.m. | Produced in Discovery |

| | | | | |
|---|---|---|---|---|
| 7 | Excerpt of video: Live Capitol on Lockdown, Senate and House in Recess | 2:29 | 1/6/21 at approx. 5:01 p.m. | https://youtu.be/vTXOkcwYxvE |
| 8 | Excerpt of video: 501.mp4 | 3:09 | 1/6/21 at approx. 5:01 p.m. | Produced in Discovery |
| 9 | Getty Images video 1295078236 | 1:22 | 1/6/21 at approx. 5:02 p.m. | Getty Images |
| 10 | Excerpt of Instagram video posted by Defendant | :22 | 1/8/21 at approx. 11:19 p.m. | Instagram search warrant results |

These exhibits were provided to this Court and Defense Counsel via USAfx on January 19, 2022.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052


By:  /s/ *Robert Juman*
ROBERT JUMAN
Assistant United States Attorney
New Jersey Bar Number 032201993
United States Attorney's Office
Detailee – Federal Major Crimes
555 Fourth Street, N.W.
Washington, D.C.   20530
Telephone: (786) 514-9990
Email: Robert.Juman@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 19th day of January, 2022, a copy of the foregoing was served upon all parties

listed on the Electronic Case Filing (ECF) System.

/s/ *Robert Juman*
ROBERT JUMAN
Assistant United States Attorney
New Jersey Bar Number 032201993
United States Attorney's Office
Detailee – Federal Major Crimes
555 Fourth Street, N.W.
Washington, D.C.   20530
Telephone: (786) 514-9990
Email: Robert.Juman@usdoj.gov